IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUFT, et al.,

       Plaintiffs,

v.   Case No. 3:20-cv-00768-jdp

EVERS, et al.,

       Defendants.

MOTION TO APPEAR *PRO HAC VICE*

Tiffany Alora Thomas of American Civil Liberties Union Foundation
Attorney      Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   New York  .
Jurisdiction

Dated this 2nd day of September, 2020

s/ Tiffany Alora Thomas

Name: Tiffany Alora Thomas

Firm: American Civil Liberties Union Foundation

Address: 125 Broad Street
18th Floor

City: New York    State: N.Y.    Zip Code: 10004

E-Mail: athomas@aclu.org

Phone: +1 (212) 549-2500