IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUFT, et al.,

    Plaintiffs,

v.    Case No. 3:20-cv-00768-jdp

EVERS, et al.,

    Defendants.

MOTION TO APPEAR *PRO HAC VICE*

Dale E. Ho (Attorney) of American Civil Liberties Union Foundation (Firm) respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in New York (Jurisdiction).

Dated this 2nd day of September, 2020

s/ Dale E. Ho

Name: Dale E. Ho

Firm: American Civil Liberties Union Foundation

Address: 125 Broad Street
18th Floor

City: New York    State: N.Y.    Zip Code: 10004

E-Mail: dho@aclu.org

Phone: +1 (212) 549-2693