**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

ONE WISCONSIN INSTITUTE, INC., *et al.*,

    Plaintiffs,

    v.                                                  Case No. 15-CV-324-JDP

ANN S. JACOBS, Chair, Wisconsin
Elections Commission, *et al.*,

    Defendants.

JUSTIN LUFT, *et al.*,

    Plaintiffs,

    v.                                                  Case No. 20-cv-768-JDP

TONY EVERS, *et al.*,

    Defendants.

**DECLARATION OF CHARLES G. CURTIS, JR.
REGARDING PUBLIC EXHIBITS FILED IN SUPPORT OF
*ONE WISCONSIN* PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF**

I, Charles G. Curtis, Jr., am a partner in the firm of Perkins Coie LLP, resident in its Madison, Wisconsin office, and am one of the counsel for the *One Wisconsin* plaintiffs in this litigation. I make this declaration in support of the *One Wisconsin* Plaintiffs' Motion for Preliminary Injunctive Relief. This declaration authenticates the "**public exhibits**" cited in *One Wisconsin* plaintiffs' brief in support of their motion for preliminary injunctive relief.

1. Attached hereto as **Exhibit 150** is a true and correct copy of a chart titled Monthly ID Petition Record Process Report, bearing Bates No. DEF-DMV020582.

2. Attached hereto as **Exhibit 151** is a true and correct copy of a chart titled Combined Denied and Suspended Data.

3. Attached hereto as **Exhibit 152** is a true and correct copy of an August 19, 2020 document titled Processing ID Petition Process Application-Non-Election Mode, bearing Bates Nos. DEF-DMV0272178-272235.

4. Attached hereto as **Exhibit 153** is a true and correct copy of an August 18, 2020 document entitled Processing ID Petition Process Applications - Election Mode, bearing Bates Nos. DEF-DMV272236-272261.

5. Attached hereto as **Exhibit 154** is a true and correct copy of an email string dated September 8-11, 2020 between myself, Michael Murphy and others re: Deposition follow-up and other matters.

6. Attached hereto as **Exhibit 155** is a true and correct copy of an excerpt of the April 11, 2016 deposition transcript of Susan Schliz.  Although portions of the transcript contain confidential material, the excerpt included as Exhibit 155 contains no such confidential material.

7. Attached hereto as **Exhibit 156** is a true and correct copy of a document titled Common Law Name Change Process, WDOT-CTRL0014519-4521, SA0896-898, PX461.

8. Attached hereto as **Exhibit 157** is a true and correct copy of a K. Kennedy Letter to Sen. A. Darling and Rep. J. Nygren RE: Funding for Emergency Rule, WDOT-CTRL0014478. SA0873-879, PX454.

9. Attached hereto as **Exhibit 158** is a true and correct copy of the State of Wisconsin Department of Transportation Office of the Secretary Proposed Order Amending Emergency Rule EmR 16.

10. Attached hereto as **Exhibit 159** is a true and correct copy of a report by the United States Postal Service Office of Inspector General titled *Management Alert: Timeliness of Ballot Mail in the Milwaukee Processing & Distribution Center Service Area* (Report Number 20-235-R20, July 7, 2020).

11. Attached hereto as **Exhibit 160** is a true and correct copy of a report by the United States Postal Service Office of Inspector General titled *Audit Report: Processing Readiness of Election and Political Mail During the 2020 General Elections* (Report Number 20-225-R20, August 31, 2020).

12. Attached hereto as **Exhibit 161** is a true and correct copy of a September 14, 2020 article written by Emily Badger, Quoctrung Bui and Margot Sanger-Katz, published by the New York Times titled *Is the Mail Getting Slower? We're Tracking It*, publicly available at https://www.nytimes.com/interactive/2020/09/14/upshot/is-the-mail-getting-slower-tracker.html.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

-4-

Dated this 18th day of September 2020

                                             *s/ Charles G. Curtis, Jr.*
                                             Charles G. Curtis, Jr.