# EXHIBIT 151

## Combined Denied and Suspended Data:

| Racial Makeup of Denied and Suspended Petitioners | | |
|---|---|---|
| Race | Number | Percent of Total |
| Black | 119 | 59.80% |
| White | 53 | 26.63% |
| Hispanic | 19 | 9.55% |
| Native American | 4 | 2.01% |
| Hawaiin/Chicano | 1 | 0.50% |
| N/A | 2 | 1.01% |
| Asian | 1 | 0.50% |
| **Sum** | 199 | |



- 2 -

| Current Residence | | |
|---|---|---|
| **Municipality** | **Total** | **Percentage** |
| Milwaukee | 72 | 36.18% |
| Madison | 17 | 8.54% |
| Green Bay | 11 | 5.53% |
| Kenosha | 11 | 5.53% |
| Racine | 9 | 4.52% |
| Janesville | 8 | 4.02% |
| La Crosse | 6 | 3.02% |
| Sheboygan | 5 | 2.51% |
| West Allis | 4 | 2.01% |
| Eau Claire | 3 | 1.51% |
| Appleton | 3 | 1.51% |
| Wausau | 3 | 1.51% |
| Sturgeon Bay | 2 | 1.01% |
| Brown Deer | 2 | 1.01% |
| Manitowoc | 2 | 1.01% |
| N/A | 2 | 1.01% |
| Baraboo | 2 | 1.01% |
| Municipalities with 1 | 37 | 18.59% |
| Total | 199 | |