# EXHIBIT 153

## Processing ID Petition Process Applications – Election Mode

# CAFU ELECTION MODE RECEIPT PROCESS

**Creating the Data for Daily Receipts – Election Mode (Data Person)**

1. Auto-generated Overview
2. New Receipts
3. Renewed Receipts
4. Reissued, Duplicate, and Address Change Receipts
5. Updating the Daily Receipt List spreadsheet
6. Review the IDPP Address Change Report
7. Send email to let the receipt person know the data is ready

**Creating the Receipts – Election Mode (Receipt Person)**

1. Verify DADS reports are saved
2. Verify IDPP reports are saved
3. Verify the Data Entered in the Daily Receipt List
4. Update the Receipt Tracking spreadsheet
5. Printing the Receipts
6. Verification
7. CAR documentation
8. E-mail Maintenance
9. Image Record Maintenance
10. Preparing Cover Letters & Receipts for Mailing
11. After Mailing Receipts

**Review Process – Election Mode (Review Person)**

1. Email Maintenance
2. CAR Documentation
3. Printed Cover Letters & Receipts
4. Spreadsheet Maintenance

**Mailing Process – Election Mode (Receipt Person)**

1. Standard Mailing Process
2. Overnight Mailing Process
3. Documenting Receipts Mailed when CARs are not Created Same Day

## Election Mode

Election mode happens the Monday through Friday the week before a Tuesday election and Monday through Thursday the week of a Tuesday election.  For example, if an election is

DEF-DMV272236

## Processing ID Petition Process Applications – Election Mode

scheduled on Tuesday, 11/6/2018 election mode would start on Monday, 10/29/2018 and last through Thursday, 11/8/2018.

### CREATING THE DATA FOR DAILY RECEIPTS – Election Mode (Data Person)

Election mode happens the Monday through Friday the week before a Tuesday election and Monday through Thursday the week of a Tuesday election. For example: If an election is scheduled on Tuesday, 11/6/2018, election mode would start on Monday, 10/29/2018, and last through Thursday, 11/8/2018.

During the week before and the week of the election, receipts are auto-generated when the processor takes the work envelope to paid status. CAFU must send these receipts the same day by overnight mail (UPS). CAFU verifies the receipts and cover letters for accuracy and completeness and places them in UPS envelopes provided by the License Plate and Postal Section (LPPS). A label indicating the customer's name and address is affixed to the envelope. During regular work hours, CAFU and LPPS have a review process in place to verify for accuracy within their own Unit. However, after hours there is only one staff member scheduled in each area. Therefore, CAFU will verify the mailing address that LPPS puts on the envelope.

## 1.  Auto Generated - Overview

Original 5-day delay receipts, renewed receipts, and address change receipts will be generated automatically at 6:00 AM, at 12:00 noon, and at 4:00 PM each day in election mode and will not need to be requested by CAFU. Manual processes for verifying receipts and tracking will continue with the IT enhancements until CAFU has sufficiently verified and has confidence in the automated process.

The following reports will be auto-generated each day and emailed to CAFU by 6:00 AM, at 12:00 noon, and at 4:00 PM:

- IDPP reports include specific petitioner information such as petitioner name, DID, and petition start date:
  - The IDPP Delayed Report
  - The IDPP Receipt Renewal Report
  - The IDPP Address Change Report

DEF-DMV272237

# Processing ID Petition Process Applications – Election Mode

```
9-26-18 P7015710_IDPP_ADDR_CHANGE.txt - Notepad

File  Edit  Format  View  Help

Department of Transportation          ID Card Petition Process              Report: P7015710-0

Division of Motor Vehicles              Address Change Report                Date: 09/26/2018
DOT DL DMV AO FRAUD                                                          Env : Production


IDPP CUSTOMER                                                CUSTOMER ADDRESS

DL#: ███████████████                         OLD: ██████████████████████
NAME:

IDPP START: 08-22-2017                                       NEW: ██████████████████████
IDPP NOTN: 191: PETPROC LTR SENT-REQ PROOF-ID(DEU)

DL#: ███████████                              OLD: ██████████████████████
NAME:

IDPP START: 09-14-2018                                       NEW: ██████████████████████
IDPP NOTN: 168: PETPROC REQ SENT TO WI DHS — OOS BIRTH

Summary                             Count

Total Address Changes:              00002
```

- DADS reports include counts of how many receipts of each type were auto-generated, but not data that identifies specific customers.
    - The DADS Report Delayed for [DATE]
    - The DADS Report Renewal for [DATE]
    - The DADS Report AddrChng for [DATE]



There is no IDPP report or DADS report generated for same-day receipts.

DEF-DMV272238

## Processing ID Petition Process Applications – Election Mode

The person assigned to receipts will need to verify that the correct petitioners receive original receipts by comparing the data from the new IDPP DELAYED REPORT with the "IN-PROGRESS" report.

In addition to the daily "In Progress" spreadsheet, CAFU will also use the IDPP DELAYED REPORT to determine which petitioners will need new receipts. These petitioners will continue to be added to the Daily Receipt List for verification and to compare to the list of new receipts provided by DEU.

The person assigned to receipts will need to verify that the correct petitioners receive renewed receipts by comparing the data from the new IDPP Renewed Receipt Report with the Receipt Tracking spreadsheet.

In addition to the Receipt Tracking spreadsheet, CAFU will also use the IDPP Renewed Receipt Report to determine which petitioners will need renewed receipts. These petitioners will continue to be added to the Daily Receipt List for verification and to compare to the list of renewed receipts provided by DEU.

The person assigned to receipts will need to verify that the correct petitioners receive address change receipts by reviewing the data from the new IDPP Address Change Report.

CAFU will also use the IDPP Address Change Report to determine which petitioners will need reissued receipts. These petitioners will continue to be added to the Daily Receipt List for verification and to compare to the list of address change receipts provided by DEU.

> During election mode, if it is necessary for CAFU to request a cover letter and receipt be generated by DEU, the heading of the email must include "Customer Waiting – CAFU." This is to indicate to DEU that the email is a high-priority item that must be completed within 1 hour.

## 2. NEW RECEIPTS

During the first 5 days of election mode, CAFU will receive two types of original receipts: 5-day delay, and same-day original receipts.

Starting on the 6th day of election mode, CAFU will receive only the same-day receipts.

a) Original receipts will be emailed from DEU to CAFU with two possible subject lines:
    i.  5-day delayed receipts
          1.     IDPP ID Delay Receipt DID#
    ii.  Same-day receipts

DEF-DMV272239

## Processing ID Petition Process Applications – Election Mode

    1.    IDPP ID Original DIT/DOT DID#
b)  The IDPP DELAYED REPORT received from BITS only shows new petitions that began 5
    days ago.
    i.    Save the IDPP DELAYED REPORT in this file:  W:\Fraud\VOTER ID NMAPP\Voter
          ID Notation Tracking and Reporting\Reporting information\Raw Data From
          BITS\Delayed original reports
          1.  Name the file using the date in the report.
          e.g. 8-1-18 P7015711_IDPP_DELAYED_RPT.txt
c)  The DADS Delayed Original report received from BITS only shows new petitions that
    began 5 days ago. The number of new 5-day petitioners on the IDPP DELAYED REPORT
    should match the number after "Processed Count" on the DADS Delayed Original
    Report.
    i.    If the number after "Processed Count" on the DADS Delayed Original Report
          does not match the other two reports, the data person must explain the
          discrepancy in the email to the reviewer.  (see step 7)
    ii.   Save the DADS Delayed Original report here: W:\Fraud\VOTER ID NMAPP\Voter
          ID Notation Tracking and Reporting\Reporting information\Raw Data From
          BITS\DADS Reports\Delayed
          1.  Name the file using the date in the report.
          e.g. 8-1-18 DADS report Delayed for 08-01-2018.msg
d)  Open the most current daily list. (This report is received from BITS that shows the
    petitions that are IN PROGRESS.)  You can find the IN PROGRESS list at the following link:
    W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting
    information\Raw Data From BITS\IN PROGRESS daily
    i.    The lists are saved according to the day they were generated.
    ii.   The folder is organized into subfolders by year and month.
e)  Find today's date on the calendar and count back 5 business days
    (Monday through Friday – do not count holidays).  That is your
    "target date." For instance, if today is Wednesday, June 15th, then
    your target date would be Wednesday, June 8th.



**NOTE: If your target date is a Monday, you must also include
Saturday and Sunday.**

    i.    Highlight the column labeled "ORIG DATE."
    ii.   Click on the "DATA" tab at the top of the window.
    iii.  Click on the "Filter" button under "DATA."
    iv.   A "down arrow" will appear at the top of the column labeled "ORIG DATE."  Click on
          the arrow, uncheck the box that says, "Select All," click on the plus sign next to the

DEF-DMV272240

## Processing ID Petition Process Applications – Election Mode

current year to see the months, then click on the plus sign next to the current month to see the days.

v.   If there is no box for the target date, then you do not have to issue new receipts.

vi.  If there is a box for the target date, check the box and click "Okay." The spread sheet will filter the list so the only petitioners you see are the ones who applied 5 business days ago.

Updating the Daily Receipt List spreadsheet W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx

a)  Copy the name and DID of the 5-day petitioner and paste it in the DAILY RECEIPT LIST spreadsheet.

   i.   They should be labeled as "5-day" on the DAILY RECEIPT LIST.

b)  Copy the name and DID of the same-day petitioner from the CAFU inbox and paste it in the DAILY RECEIPT LIST spreadsheet.

   i.   They should be labeled as "same" on the DAILY RECEIPT LIST.

c)  Check each DID in Inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

d)  Add the 5-day delay petitioners to the DAILY RECEIPT LIST spreadsheet. The 5-day delay petitioners are listed on both the IDPP DELAYED REPORT and the IN-PROGRESS spreadsheet. (Both reports should have the same petitioners listed.)


## 3. RENEWED RECEIPTS

a)  Renewed receipts will be emailed from DEU to CAFU with the subject line:

   i.   IDPP ID PROD RENEWAL DID# RECEIPT

b)  Open the IDPP RENEWAL RECEIPT REPORT

   i.   Save the IDPP RENEWAL RECEIPT REPORT in this file under the appropriate date: W:Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Receipt Renewal Report

      1. The lists are saved according to the day they were generated.

      2. The folder is organized into subfolders by year and month.

c)  Open the DADS Renewal report received from BITS that shows the number of petitions that are up for renewal. The number of renewed petitioners on the IDPP Renewal Report should match the number after "Processed Count" on the DADS Renewal Report.

   i.   If the number after "Processed Count" on the DADS Renewal Report does not match the IDPP Renewal Report, the data person must explain the discrepancy in the email to the reviewer.  (see step 7)

   ii.  Save the DADS Renewal report here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Renewal

DEF-DMV272241

## Processing ID Petition Process Applications – Election Mode

1. The lists are saved according to the day they were generated.
2. The folder is organized into subfolders by year and month.

**Updating the Daily Receipt List spreadsheet** W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx

a) Copy the name and DID of the petitioners from the IDPP Renewal Report and paste them in the DAILY RECEIPT LIST spreadsheet.
    i. Label them "renewal" on the DAILY RECEIPT LIST.
b) Open the RECEIPT TRACKING spreadsheet. W:\Fraud\VOTER ID NMAPP\Emergency Rule\RECEIPT TRACKING updated.xlsx
    i. Filter the column labeled "Date Receipt Must Renew" to view only petitioners who must renew on today's date. [Note: On Monday, you must filter to include the previous Saturday and Sunday.]
    ii. Make sure all the names from the RECEIPT TRACKING spreadsheet are on the IDPP RECEIPT RENEWAL REPORT.
        1. The IDPP Renewal Report may include renewals that are not on our RECEIPT TRACKING spreadsheet because the due day CAFU used when manually tracking renewals was based on the mailing date instead of the origination date.
        2. If any petitioner's due for a renewed receipt listed on the IDPP Receipt Tracking spreadsheet are not on the IDPP Renewal Report, you must add them to the Daily Receipt List so the receipt person knows they must manually request the receipts from DEU.

c) Using the Daily Receipt List, check each DID in Inquiry to verify that the customer has not been issued an ID card, denied, or cancelled their petition process.
    i. Petitioners who have canceled, denied, or been issued must be removed from the Daily Receipt List.
    ii. Petitions that have cancelled, denied, or been issued must have the Receipt Issue Date removed from the RECEIPT TRACKING spreadsheet.  Removing the Receipt Issue Date will also remove the Must Renew By date and the petition will no longer appear to need a receipt.

## 4. REISSUED, DUPLICATE & ADDRESS CHANGE RECEIPTS

a) Reissued, duplicate & address change receipts will be emailed from DEU to CAFU with the subject line (may vary from the three examples below):
    i. Address change – IDPP PROD ADDRESS CHANGE DID# RECEIPT/COVER LETTER
    ii. Reissued – RENEWED / REISSUED RECEIPTS FOR [PETITIONER NAME]
    iii. Duplicate – CUSTOMER LOST/NEVER RECEIVED 180 RECEIPTS

DEF-DMV272242

## Processing ID Petition Process Applications – Election Mode

    b) Use the IDPP ADDRESS CHANGE REPORT received from BITS that shows the petitioners that have updated their address.

        i. Save the IDPP ADDRESS CHANGE REPORT in this file under the appropriate date: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Address change reports

            1. The lists are saved according to the day they were generated.

            2. The folder is organized into subfolders by year and month.

    c) Open the DADS Address Change report received from BITS that shows the number of petitions that updated their address. The number of address change petitioners on the IDPP AddrChng Report should match the number after "Processed Count" on the DADS AddrChng Report.

        i. If the number after "Processed Count" on the DADS AddrChng Report does not match the IDPP AddrChng Report, the data person must explain the discrepancy in the email to the reviewer.  (see step 7)

        i. Save the DADS Address Change report here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Address Change

            1. The lists are saved according to the day they were generated.

            2. The folder is organized into subfolders by year and month.

### 5. Updating the DAILY RECEIPT LIST spreadsheet

W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx

    a) Add any petitioners with address changes to the DAILY RECEIPT LIST spreadsheet that are on the "IDPP ADDRESS CHANGE REPORT" email.

    b) Check each DID in Inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

    c) Check receipt tracking and the team inbox to see if a receipt with the new address was mailed out the day before.

        i. Add these to the Daily Receipt List.

    d) Inquire on each record to determine that the information in the report is accurate.

    e) Label all address changes and reissues as "Reissue" on the Daily Receipt List.

NOTE: Receipts are reissued for various reasons: the petitioner requests a replacement, the petitioner changes address, the petition was returned undeliverable, etc.

### 6. Review IDPP ADDRESS CHANGE REPORT for any PN177

If 177 is on the record you must:

    a) Determine if NCOA is on record as how the address was updated:

DEF-DMV272243

## Processing ID Petition Process Applications – Election Mode

     i.    If NCOA exists in inquiry and PN177 is on record, no action needed. This means the address update was received from the Post Office, not from the customer.

    ii.   If NCOA does NOT exist in inquiry and PN177 is on record, follow these steps:

        1.  Using the IDPP Database, verify the adjudicator assigned to the case is still here.

        2.  If the adjudicator assigned to the petitioner is no longer in CAFU, send email to the CAFU supervisor and the CAFU Lead Worker. They will assign the petitioner to a new adjudicator.

**ABOUT THE ADDRESS CHANGE REPORT**

As of June 24th, 2018, all reissued receipts for customers with address changes will be generated automatically and will come from the "Address Change Report" which CAFU receives first thing in the morning. Reissued receipts from this report will have an "IDPP ID PROD AddrChng DID#" email subject line.

Petitioners who contact DEU and indicate that they have lost or never received their receipt will continue to be manually issued receipts by DEU.  DEU will continue to send these receipts to CAFU.

If a petitioner updates their mailing address to an out of state address, CAFU will receive an email with the subject line "IDPP OOS Notify AddrChng DID# in lieu of IDPP Receipt".

     a.  CAFU will need to request a receipt with a WI address from DEU for this petitioner.

     b.  CAFU will need to create a cover letter for the petitioner and use the petitioner's primary WI address for the cover letter.

If a petitioner is up for renewal and now has an out of state mailing address, CAFU will receive an email with the subject line "IDPP OOS Notify Renewal DID# in lieu of IDPP Receipt"

     a.  CAFU will need to request a receipt with a WI address from DEU for this petitioner.

     b.  CAFU will need to create a cover letter for the petitioner and use the petitioner's primary WI address for the cover letter.

## 7. Send email to let the receipt person know the data is ready.

     a.  When sending the email to the receipt person, a total count should be given for each category of receipt – NEW, RENEW, and REISSUE.

     b.  There are 4 things to check for each type of receipt:

        i.   The corresponding BITS report

        ii.  The corresponding DADS report

DEF-DMV272244

## Processing ID Petition Process Applications – Election Mode

        iii. Applicable Spreadsheets (note – there is no spreadsheet for the Address Change)
        iv. The DOT DMV FRAUD Inbox for the delivered receipt
    c. Any discrepancies should be noted (bolded in the example below)
    d. Template:



Daily Receipt List.msg

    e. Save the email in this folder: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Daily Receipt List E-mail
    f. If there are any discrepancies that need further investigation, they should be noted on W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Archive Files\Source Files\Version 3 CAFU Election Mode Receipt Process.docx
        i. Fill in all information about the person (NSDID, First, Last)
        ii. Fill in what type of receipt it was (NEW / RENEW / REISSUE)
        iii. Fill in all information about which things you checked (On BITS report, On DADS, On Spreadsheet [May be NA for REISSUE], Receipt Delivered)
        iv. The last column is for a possible explanation. This may be apparent immediately or it may require follow up. If an email chain or document explains what happened, that file should be stored in the same folder as the spreadsheet and this column can be used to link to the file

## Creating the Receipts – Election Mode (Receipt Person)

### Overview

1. Verify the DADs reports are saved.
2. Verify the IDPP reports are saved.
3. Verify the data entered in the DAILY RECEIPT LIST
4. Update the Receipt Tracking spreadsheet W:\Fraud\VOTER ID NMAPP\Emergency Rule\RECEIPT TRACKING updated.xlsx
    a. DAILY RECEIPT LIST
5. Printing the Receipts
6. Verification
7. Car Documentation
8. Email Maintenance
9. Image Record Maintenance – for NEW only
10. Preparing Cover Letters and Receipts for Mailing
11. After Mailing Receipts

DEF-DMV272245

## Processing ID Petition Process Applications – Election Mode

For every receipt, check each DID# in inquiry to verify that the customer has not been issued an ID card, cancelled, or has been denied.

### 1. Verify DADS reports are saved.

   a. Make sure the DADS Report Renewal was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Renewal
      i. Make sure the date matching the date in the report has been added to the filename.

   b. Make sure the DADS Report Delayed Original was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Delayed
      i. Make sure the date matching the date in the report has been added to the filename.

   c. Make sure the DADS Report Address Change was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Address Change
      i. Make sure the date matching the date in the report has been added to the filename.

### 2. Verify IDPP Reports are saved:

   a. Make sure the DELAYED ORIGINAL REPORT was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Delayed original reports
      i. Make sure the date matching the date in the report has been added to the filename.

   b. Make sure the RECEIPT RENEWAL REPORT was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Receipt Renewal Report
      i. Make sure the date matching the date in the report has been added to the filename.

   c. Make sure the ADDRESS CHANGE REPORT was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Address change reports
      i. Make sure the date matching the date in the report has been added to the filename.

### 3. Verify the data entered in the Daily Receipt List

W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx

   a. Same-day receipts

DEF-DMV272246

# Processing ID Petition Process Applications – Election Mode

    i. Verify that each same-day receipt is on the Daily Receipt List.

    ii. File receipt and cover letter in appropriate folder.

        1. Open the "omp" (overnight mailing process) folder and find the sub-folder for the current election.

        2. Create a sub-folder for the current date (if it hasn't been created already).

b. 5-day delayed Receipts:

    i. Open the DADS Report Delayed Original

    ii. Open the "IDPP DELAYED REPORT" email

    iii. Open the IN-PROGRESS Spreadsheet.

        1. Filter it by Orig Date from 1 week ago. If it is a Monday, also check for the previous Saturday and Sunday.

    iv. Verify the number of 5-day delayed receipts listed after "Processed Count" on the DADS Delayed Original Report is equal to the number of new petitioners listed on the IDPP DELAYED REPORT and DAILY RECEIPT LIST.

    v. Verify all 5-day delayed petitioners listed on the DAILY RECEIPT LIST are the same in both the "IDPP DELAYED ORIGINAL RECEIPTS REPORT" and IN-PROGRESS Spreadsheet.

        1. These petitioners will be identified as NEW on the DAILY RECEIPT LIST

    vi. Check each DID in inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

    vii. Check the CAFU inbox to verify DEU auto generated the 5-day delayed receipt.

    viii. File receipt and cover letter in appropriate folder.

        1. Open the "omp" folder and find the sub-folder for the current election.

        2. Create a sub-folder for the current date (if it hasn't been created already).

    ix. Any receipts that did NOT auto-generate must be requested by sending an email to DEU (DOTDMVBDSVoterIDPetitionProcess@dot.wi.gov) and CC CAFU Supervisor, CAFU Lead Worker, CAFU Data Person, Dave Okonski, and DEU IDPP MVPS Senior.

        1. For 5-day delay receipts: Use the template below, change the date, and copy in the appropriate rows from the DAILY RECIEPT LIST spreadsheet.

            a. Emails should be sent before 9:00AM daily.



EM p12 CUSTOMER WAITING - CAFU - Missing Original Autogenerated Receipts for X-X-19.msg

DEF-DMV272247

# Processing ID Petition Process Applications – Election Mode

c. Renewed Receipts

    i. Open the DADS Report Renewal Report.

    ii. Open the IDPP RECEIPT RENEWAL REPORT

    iii. Open the RECEIPT TRACKING spreadsheet.

    iv. Verify the number after "Processed Count" on the DADS Renewal report is equal to the number of renewal petitioners listed on the IDPP RECEIPT RENEWAL REPORT and the DAILY RECEIPT LIST.

        1. NOTE: There may be additional petitioners listed on the IDPP RECEIPT RENEWAL REPORT that are not due for renewal according to the RECEIPT TRACKING Spreadsheet. These additional receipts must be mailed to petitioners. They appear because our manual tracking renewal date does not always sync up with the system-generated renewal date.

    v. Verify all petitioners listed on both the RECEIPT TRACKING & IDPP RECEIPT RENEWAL REPORT are on the DAILY RECEIPT LIST.

        1. These petitioners will be identified as RENEW on the DAILY RECEIPT LIST

    vi. Check each DID from the DAILY RECEIPT LIST in Inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

    vii. Check the CAFU inbox to verify DEU auto generated ALL renewed receipts listed on the DAILY RECEIPT LIST.

    viii. File receipt and cover letter in appropriate folder.

        1. Open the "omp" folder and find the sub-folder for the current election.

        2. Create a sub-folder for the current date (if it hasn't been created already).

    ix. Any receipts that did NOT auto-generate must be requested by sending an email to DEU (DOTDMVBDSVoterIDPetitionProcess@dot.wi.gov) and CC CAFU Supervisor, CAFU Lead Worker, CAFU Data Person, Dave Okonski, DEU IDPP MVPS Senior

        1. For receipts to be RENEWED: Use the template below, change the date, and copy in the appropriate rows from the DAILY RECEIPT LIST spreadsheet.

            a. Emails should be sent before 9:00AM daily.



EM p13 CUSTOMER WAITING - CAFU – Missing Renewal Autogenerated Receipts for X-X-19.msg

d. Address Change Report

    i. Open the DADS Address Change Report:

DEF-DMV272248

## Processing ID Petition Process Applications – Election Mode

      ii.   Open the IDPP ADDRESS CHANGE REPORT email.

            1.   Make sure the IDPP start is at least 5 days old so that it is actually a REISSUE and not a NEW.  If it is less than 5 days old, it should show up on the report as "On Delay Until: (date that Original receipt will be issued).

      iii.  Verify the number after "Processed Count" on the DADS AddrChng report is equal to the number of reissued petitioners listed on the IDPP ADDRESS CHANGE REPORT and the DAILY RECEIPT LIST.

      iv.  Verify all the appropriate petitioners from the Address change report is listed on the DAILY RECEIPT LIST.

            1.   These petitioners will be identified as REISSUE on the DAILY RECEIPT LIST

      v.   Check each DID from the "DAILY RECEIPT LIST" in inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

      vi.  Check the CAFU inbox to verify DEU auto generated the ALL renewed receipt listed on the "IDPP ADDRESS CHANGE REPORT".

      vii.  File receipt and cover letter in appropriate folder.

            1.   Open the "omp" folder and find the sub-folder for the current election.

            2.   Create a sub-folder for the current date (if it hasn't been created already).

      viii.  Any receipts that did NOT auto-generate must be requested by sending an email to DEU (DOTDMVBDSVoterIDPetitionProcess@dot.wi.gov) and CC: CAFU Supervisor, CAFU Lead Worker, CAFU Data Person, Dave Okonski DEU IDPP MVPS Senior

            1.   For duplicate and REISSUED receipts: Use the template below, change the date, and copy in the appropriate rows from the DAILY RECIEPT LIST spreadsheet.

                 a.   Emails should be sent before 9:00AM daily.



EM p14 CUSTOMER WAITING - CAFU - Missing Duplicate Reissued Autogenerated Receipts for X-X-19.msg

e.  DEU-Initiated Receipts

CAFU will sometimes receive receipts that are not on any of the above lists because customers call DEU to say they didn't receive their receipt and DEU will generate one on the fly.

      i.   Check for ALL DEU requests for duplicates from the previous day.

DEF-DMV272249

## Processing ID Petition Process Applications – <span style="color:red">Election Mode</span>

1. Add new DEU requests to the DAILY RECEIPT LIST.
ii. Verify the DEU receipts we received match the petitioners listed on the DAILY RECEIPT LIST.

**4. Update the Receipt Tracking Spreadsheet** W:\Fraud\VOTER ID NMAPP\Emergency Rule\RECEIPT TRACKING updated.xlsx

NOTE: Once the receipt has been issued through the system, only the issue and expiration dates will need to be tracked on the RECEIPT TRACKING spreadsheet.

a) Add the same-day to the RECEIPT TRACKING spreadsheet. Copy and paste the DID, Last Name, First Name, and petition start date.
    i.   Highlight the CAR column yellow. See CAR instructions for details.
    ii.  The issue date will be the date on the IDPP Receipt.
    iii. The expiration date will be 50 days from the issue date on the spreadsheet only.
    iv.  Add your DIT/DOT.
    v.   Mailing date (1): Use today's date.
    vi.  FR YES for all NEW receipts.

NOTE: If the DID turns pink when you add a petitioner to the receipt tracking spread sheet, that means the petitioner is already on the spread sheet. There should be only one entry for each petitioner on the receipt tracking spread sheet. If you get a double, you should delete the one you just added and make updates to the one that's already on the spread sheet.

b) Add the 5-day delays to the RECEIPT TRACKING spreadsheet. Copy and paste the DID, Last Name, First Name, and petition start date.
    i.   Update the notation by viewing the customer in Inquiry to see the current notation.
    ii.  The issue date will be the date on the IDPP Receipt.
    iii. The expiration date will be 50 days from the issue date on the spreadsheet only.
    iv.  Add your DIT/DOT.
    v.   Mailing date (1): Use today's date.
    vi.  FR YES for all NEW receipts.
    vii. Indicate Yes or No in the DADS Tie-Out column (1).

NOTE: If the DID turns pink when you add a petitioner to the receipt tracking spread sheet, you should delete the one you just added and make updates to the one that's already on the spread sheet.

c) Update the issue date of RENEWS and REISSUES on the RECEIPT TRACKING spreadsheet to match the receipt.

DEF-DMV272250

## Processing ID Petition Process Applications – <span style="color:red">Election Mode</span>

        i.   The expiration date will be 50 days from the issue date on the spreadsheet only.
       ii.   Add your DIT/DOT.
      iii.   Mailing date (2, 3, 4, etc.): Use today's date.
      iv.   FR -no action needed
       v.   Indicate Yes or No in the DADS tie-out column (2, 3, 4, etc.).

d) The DAILY RECIEPT LIST spreadsheet

       i.   The DAILY RECEIPT LIST will be used to list all the receipts that are being mailed that day.  The data person enters the petitioners. The receipt person reviews the petitioners to confirm the list is accurate.  The reviewer will use the list to ensure they review all receipts that will be mailed that day. Once the receipts are mailed the receipt person will delete the information from this sheet.

       ii.   NOTE: If the data person finds yesterday's data has not been deleted, verify the receipts have been mailed.  Once verified, delete the data and enter today's data.

## 5. Printing the Receipts

       i.   Print the cover letter in black and white on regular paper.
       ii.   Print the receipts in color on secured paper.

## 6. Verification

   a. Cover Letters

       i.   Verify the address listed on the cover letter is a Wisconsin Address.

       ii.   If the address on the cover letter is out of state (OOS) or a post office box number (PO Box #):

          1.   Create a cover letter using the primary Wisconsin address on petitioner record. ..\..\..\..\..\..\VOTER ID NMAPP\Letter and other Templates\180 day receipt cover letter - active.doc

          2.   Save cover letter as doc not docx.

             a.   Petitioner last name, first name, Cover Letter, Date

             b.   Save in the CAR folder, unless one does not exist.  If a CAR folder does not exist, save in the folder for the current year: W:\Fraud\VOTER ID NMAPP\RECEIPTS

      iii.   Verify address on the cover letter is not out of state or a post office box number and matches the appropriate address in Inquiry.

DEF-DMV272251

# Processing ID Petition Process Applications – Election Mode

1. If the petitioner has a Permanent Mailing Address, that address will appear on the cover letter.
2. If the permanent mailing address is OOS or a PO Box #, CAFU will create a cover letter with a WI residential address.  Save the cover letter to the CAR.
3. If the petitioner does NOT have a Permanent Mailing Address, then the Primary Address will appear on the cover letter.

b. Receipts – Verify:

   i. Address printed on receipt matches the primary address on record.
   ii. DID is correct.
   iii. Heading exists – "Receipt Valid for Voting Purposes Only".
   iv. Issue Date listed matches the When to Renew Issue Date of Receipt.
   v. "Valid Until" date printed on receipt.
      1. Verify the receipt is valid for 60 days. The date "issued" matches the date DEU issued the receipt and sent to CAFU.
      2. Verify the Valid Until date is 60 days after the issue date.
      3. Verify the date printed on the receipt is 10 days after the expiration date listed on the on the When to Renew spreadsheet.
   vi. Customer details match the record.
      1. Date of birth
      2. Sex
      3. Hair
      4. Eyes
      5. Weight
      6. Organ Donor
   vii. Photo printed on receipt matches photo in CBN.
   viii. Signature printed on receipt matches signature in CBN.
   ix. Receipt is produced in color and on secure paper.
   x. Both paragraphs are at the bottom of the receipt:

---

This receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.). This receipt is valid for 60 days and will be automatically renewed unless otherwise cancelled by WisDOT. Additional receipts will be provided as you exercise reasonable efforts to contact DMV staff to discuss your petition application or provide new information to assist in validating your birth record information. If you have further questions regarding your ID Card for voting purposes, please contact DMV using the information above.

MyVote.wi.gov: If you are a U.S. citizen and are eligible to vote in Wisconsin, go to - MyVote.wi.gov - to register to vote or update your voter registration address receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.).

---

DEF-DMV272252

# Processing ID Petition Process Applications – Election Mode

### 7. CAR Documentation
    a. For every receipt mailed, if a CAR exists, an entry must be added to the CAR.
        i. Record a dated entry: "CAFU – Mailed temporary receipt to customer." in each CAR.  Add your DIT/DOT at the end.
        ii. Match the existing formatting in the CAR.

### 8. Email maintenance
    a. Move the emails you sent to DEU requesting receipts into the appropriate "omp" folder and sub-folder for the current election.
    b. Move the emails of receipts you received from DEU (including reissues from the previous day) into the appropriate "omp" folder and sub-folder for the current election.
    c. Verify the email from the data person to the receipt person is saved here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Daily Receipt List E-mail

### 9. Image Record Maintenance– *for NEW only*

Facial Recognition Verification (FR) is done for each new ID Petition Process Application.  This is done to verify that the petitioner does not have a product under a different name or identity.  If a petitioner already has a product, that petitioner should not be in the ID Petition Process.

    a. Find pictures for each NEW.
        i. Option 1 (less clicks and less chance for mistake when looking up in inquiry):
            1. Leave PDFs of pictures open from printing.
            2. Right click on the picture, then copy and paste in into a temporary location.
            3. Repeat for each new.
        ii. Option 2 (has advantage of being able to be done before receipts come back):
            1. In CBN FR – Database Query – Lookup NSDID or CID.
            2. Right click on the picture, then copy and paste in into a temporary location.
            3. Repeat for each new.
    b. Add to Gallery #2.
        i. Go to the First Maintenance tab.
        ii. Browse for your temp pictures.

DEF-DMV272253

## Processing ID Petition Process Applications – Election Mode

        iii. Upload the picture and enter first, last, dob, gender. (This will be from the PDF in Option 1 or from inquiry in Option 2.)  Highlight Gallery #2 and add the note IDPP.

   c. Search for matches.
      i. Go to manual search.
      ii. Set the maximum results to 50.
      iii. Change to a threshold of .3.
      iv. Upload the temp image and search all galleries.
      v. Delete the image when done, and repeat process for each image.

   d. Update the RECEIPT TRACKING spreadsheet.
      i. Update FR column with a Yes/No.

### 10. Preparing cover letters and receipts for mailing

   a. How you prepare the cover letter and receipt for the reviewer depends on when and how you will mail them.
      i. Same-day receipts and lost or stolen reissues will always be mailed overnight
      ii. 5-day delay receipts, renewed receipts, and address change reissued receipts will be sent one of two ways:
         1. During the first four days of election mode, send them by standard mail.
         2. Starting on day five, send them by overnight mail until the last day of election mode.

   b. Overnight
      i. Preparing the envelope (UPS Next Day Air envelope)
         1. Pair the cover letters with the matching receipts.
         2. Place the cover letter and matching receipt inside a UPS Next Day Air envelope.
         3. Place a Dymo label with the name and address of the petitioner on the front of the UPS Next Day Air envelope.
            a. The address label must be in Wisconsin.
            b. The address label cannot be a PO Box.
            c. The address label must match either the receipt or the cover letter.
            d. The name on the address label must match the name on the receipt and the cover letter.
         4. You must include a provisional ballot notice with the cover letter and receipt starting on the 4th day of election mode.
         5. DO NOT SEAL THE UPS NEXT DAY AIR ENVELOPE.

DEF-DMV272254

## Processing ID Petition Process Applications – Election Mode

      6. Rule of thumb: When you have 10 printed receipts in UPS Next Day Air envelopes, pass them to the reviewer.

   c. Standard mailing
      i. Pair the cover letters with the matching receipts.
      ii. Pass them to the reviewer.

### 11. After mailing receipts

It is the receipt person's responsibility to continue checking the fraud inbox until the day is over for additional receipts that are sent to the fraud inbox.  During the week before and the week of the election, receipts are auto-generated when the processor takes the work envelope to paid status.  CAFU must send these receipts the same day by overnight mail (UPS).

## Review Process – Election Mode (Review Person)

### Overview

   1. Email Maintenance
   2. CAR Documentation
   3. Printed Cover Letters and Receipts
   4. Data
      a. DAILY RECEIPT LIST
      b. Receipt Tracking

### 1. Email Maintenance

   a. Verify CAFU received all the receipts listed on the DAILY RECEIPT LIST.
   b. Verify the emails have been moved to the "omp" folder with today's date in the CAFU Inbox.

### 2. CAR Documentation – Every receipt mailed must be documented

   a. Verify person in charge of receipts noted the CAR with the following notation: [Today's Date] – Sent temporary ID receipt to customer [your logon ID].
   b. Make an entry in CAR with the notation: [Today's Date] – Reviewed temporary ID receipt.  [your logon ID].

### 3. PRINTED COVER LETTERS AND RECEIPTS

   a. Cover letters

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPPCAFU Election Mode Receipt Process.docx
Revised 08/18/2020

DEF-DMV272255

## Processing ID Petition Process Applications – Election Mode

        i.  Verify cover letters are printed in black and white on standard white paper.

        ii.  Verify all cover letters requested by CAFU are printed.

        iii.  Verify all cover letters originated by DEU have been printed.

        iv.  Verify the following details on the cover letter for accuracy:

            1.  The address listed on the cover letter cannot be a Post Office Box number (PO Box #) or an out-of-state (OOS) address.

            2.  If a new cover letter was created because the petitioner used a PO Box # or a OOS address, verify the cover letter was saved (as .doc **NOT .docx**) in the CAR folder.

                a.  If a CAR folder does not exist, verify the cover letter was saved in this folder: W:\Fraud\VOTER ID NMAPP\RECEIPTS.

b. Receipts

        i.  Verify receipts are printed in color on secure paper.

        ii.  Verify all receipts requested by CAFU are printed.

        iii.  Verify all receipts originated by the system have been printed.

        iv.  Verify the following details on the receipt for accuracy:

            1.  Address printed on receipt matches the primary address on record.

            2.  DID is correct.

            3.  Heading exists – "Receipt Valid for Voting Purposes Only".

            4.  The Issue Date on the receipt matches the Issue Date on the Receipt Tracking spreadsheet.

            5.  "Valid Until" date is printed on the receipt.

                a.  Each receipt is valid for 60 days. The date "issued" matches the date DEU issued the receipt and sent it to CAFU.

                b.  The "valid until" date printed on the receipt is 10 days after the "date must renew" listed on the Receipt Tracking spreadsheet.

            6.  All customer details match the record.

                a.  Date of birth

                b.  Sex

                c.  Hair

                d.  Eyes

                e.  Weight

                f.  Organ Donor

        v.  Photo printed on receipt matches photo in CBN.

        vi.  Signature printed on receipt matches signature in CBN.

        vii.  Both paragraphs are at the bottom of the receipt:

DEF-DMV272256

## Processing ID Petition Process Applications – Election Mode

This receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.). This receipt is valid for 60 days and will be automatically renewed unless otherwise cancelled by WisDOT. Additional receipts will be provided as you exercise reasonable efforts to contact DMV staff to discuss your petition application or provide new information to assist in validating your birth record information. If you have further questions regarding your ID Card for voting purposes, please contact DMV using the information above.

MyVote.wi.gov: If you are a U.S. citizen and are eligible to vote in Wisconsin, go to - MyVote.wi.gov - to register to vote or update your voter registration address receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.).

### 4. Spreadsheet Maintenance

    a. The DAILY RECEIPT LIST spreadsheet

        i. Verify a receipt and cover letter is printed for each petitioner listed on the DAILY RECEIPT LIST. W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx

    b. The Receipt Tracking - updated spreadsheet W:\Fraud\VOTER ID NMAPP\Emergency Rule\RECEIPT TRACKING updated.xlsx

        i. For 5-day delay or same-day receipts- Verify all 5-day delay or same-day receipts from the DAILY TRACKING LIST were added to the correct column listed below on the bottom of RECEIPT TRACKING Spreadsheet.

            1. Make sure the CAR column for same-day receipts is highlighted yellow.

            2. Verify EACH Name, DID, & petition start date is transferred over to RECEIPT TRACKING and is accurate in the following columns: Petitioner Last Name, Petitioner First Name, DID and Application Date.

            3. The "Issue Date of Receipt" on the RECEIPT TRACKING matches the "Issue Date" printed on the RECEIPT.

            4. The "Date Receipt Must Renew" on the RECEIPT TRACKING is 10 days prior to the "Valid Until" date printed on the receipt.

            5. The Status is Active.

            6. Receipt Person's DIT/DOT in the Receipt sent by column.

            7. Today's date in the Receipt (1) Mailing Date.

            8. FR YES/NO

                a. Verify News show YES.

            9. DADS YES/NO 5-day delay only (same day are not on the report)

                a. Verify yes or no is indicated in DADS column (1).

DEF-DMV272257

## Processing ID Petition Process Applications – Election Mode

  ii. All others (Renew, Reissue, Duplicate, or Address Change) - Verify the next receipt mailed and the Issue Date columns on the RECEIPT TRACKING spreadsheet.

   1. The "Issue Date of Receipt" on the RECEIPT TRACKING matches the "Issue Date" printed on the RECEIPT.

   2. The "Date Receipt Must Renew" on the RECEIPT TRACKING is 10 days prior to the "Valid Until" date printed on the receipt.

   3. Receipt Person's DIT/DOT in the Receipt sent by column.

   4. Today's date in the receipt (2, 3, 4, etc.) Mailing Date.

   5. FR YES/NO

    a. RENEWS & REISSUES leave this column blank.

    b. If information exists, *DO NOT DELETE OR CHANGE IT*.

   6. DADS YES/NO

    a. Verify yes or no is indicated in DADS column (2, 3, 4, etc.).

## Mailing Process – Election Mode (Receipt Person)

### 1. Standard Mailing Process

 a. After the review has been completed and the receipt person has made any necessary corrections:

  i. Preparing the envelope

   1. Pair the cover letters with the matching receipts.

   2. Fold them so the address shows in a window envelope.

   3. Stuff each letter and matching receipt into a standard envelope.

   4. Confirm the address on the cover letter is in Wisconsin.

  ii. Mailing the envelope

   1. Bring the envelopes to the Mail Room before 2:30 P.M.

   2. Attach a "#49 Admin Office" green postal card with your envelopes.

  iii. Delete all entries on the Daily Receipt List.

### 2. Overnight Mailing Process

 **a. During normal business hours**

 "Normal business hours" are Monday through Friday, 8:00 am to 4:45 pm.

  i. Verify the cover letters and receipts are paired correctly.

  ii. Seal the envelope and hand them to mail room personnel.

 **b. Outside normal business hours**

DEF-DMV272258

# Processing ID Petition Process Applications – Election Mode

"Outside normal business hours" are weekdays 4:45 pm – 5:30 pm and Saturday 9:00 am – noon. There is only one staff member scheduled in each area.

    i. CAFU will place the cover letter and receipt in the UPS envelope and attach the proper name and address label.

    ii. CAFU staff will not seal the envelope.

    iii. CAFU will deliver the open envelopes to the LPPS staff member and will be present for the review of each envelope.

    iv. LPPS will review each cover letter and receipt to assure the label on the outside of the UPS envelope matches the name and address of the articles in the envelope.

    v. CAFU and LPPS will agree the envelope is accurate and CAFU will seal the envelope. This will occur for each envelope to be mailed.

    vi. LPPS will apply the mailing label and CAFU will review the correct mailing label was applied to the correct envelope.

Email the mail room widmvplateroom@dot.wi.gov to let them know whether or not you have any additional receipts that need to be mailed out. This should be done at 5:30 PM.

When CAFU determines it has processed all overnight receipts for the day, take the remaining envelopes to the mail room and inform whomever is working not to expect any more receipts for the day. This may be 5:30 PM or later to assure we receive all processed petitions from the field offices.

## 3. Documenting Receipts Mailed when CARs are not created same day

These steps are only required during ELECTION MODE. These steps are not applicable to NON-Election Mode instructions.

If the CAR has not yet been created when the receipt is mailed out, the person responsible for receipts during election mode is required to add an entry to each CAR 5 business days after the date they mailed out receipts. Follow the instructions below based on the type of product notation on record on the 5th business day after the date you were responsible for receipts.

CAFU must add an entry in each CAR indicating the dates receipts were mailed and who mailed them. This must also include subsequent receipts that were mailed to petitioners who entered the petition process during election mode. For example: If a petitioner changes their address the day after they enter the petition process, both receipts must be recorded.

### PN187

DEU is responsible for creating a CAR the same day the record is determined to be incomplete.

    a. If NO CAR exists, contact DEU to have a CAR created.

DEF-DMV272259

# Processing ID Petition Process Applications – Election Mode

        i.    Email the DEU Supervisor and Lead Worker

        ii.   CC CAFU Supervisor and Lead Worker

    b.  If a CAR exists:

        i.    Verify DEU notation has the correct origination date:

             1.  The date the petitioner entered the petition process should match the date in Inquiry.

             2.  Add dated notation indicating what date you mailed the receipt and who reviewed. For example:

08/06/2018   CAFU – DIT/DOT reviewed and DIT/DOT mailed temporary ID receipt.

### PN172, PN173, PN184, PN185, PN178, or PN179 – CAFU NOTATION EXISTS ON RECORD

    a)  Add dated notation to the CAR indicating what date you mailed the receipt and who reviewed. For example:

08/06/2018   CAFU – DIT/DOT reviewed and DIT/DOT mailed temporary ID receipt.

### PN165 or PN182

    a)  Check DEU's folders for CAR

        i.    Add dated notation indicating what date you mailed the receipt and who reviewed. For example:

08/06/2018   CAFU – DIT/DOT reviewed and DIT/DOT mailed temporary ID receipt.

    b)  If CAR NOT located:

        i.    No further action needed

### PN167 or PN168

On the 5th business day after mailing receipts, if there is still a PN167 or PN168 notation on the record and there is NO CAR in DEU's folder, CAFU is required to create a CAR in the CAFU IDPP folder.

    a.  If NO CAR exists:

        i.    Create a new CAR number in the CAFU IDPP tracking database.

        ii.   Create a new IDPP folder (W:/Fraud/Voter ID NMAPP/IDPP).

        iii.  Add documents presented by petitioner & scanned into OnBase.

        iv.  Create a new CAR. Notes on CAR should include but are not limited to:

             1.  State born

             2.  Date petitioner entered process

             3.  Documents presented

             4.  Date receipt mailed

             5.  Date notation on record indicates DEU sent the petitioner to DHS

        v.   The CAR is to remain open until the voter ID is issued or cancelled.

    b.  If a CAR exists:

DEF-DMV272260

# Processing ID Petition Process Applications – Election Mode

      i.  Verify the notation on the Inquiry record matches the start date on the petition.

     ii.  Verify DEU recorded the correct start date in the CAR.

    iii.  Add dated entry indicating what date you mailed the receipt and who reviewed it. For instance:

08/06/2018     CAFU – DIT/DOT reviewed and DIT/DOT mailed temporary ID receipt.

## *CAFU RESPONSIBILITIES FOR PN167/PN168 CARS CREATED*

It is the adjudicator's responsibility to know which notation is on the petitioner's record.

If the petitioner has been issued or cancelled, it is up to the adjudicator to:

a. Update CAR with dated detailed information.
b. Check N drive to ensure DEU did not create a CAR from the time you created the CAR to the time it was issued or cancelled.
    i.  If a CAR was created, the adjudicator must save the DEU CAR in the CAFU IDPP folder, renamed "OBSOLETE."
    ii.  Add all notes from the DEU CAR to the CAFU CAR.
c. Move CAFU CAR to proper folder in the W drive.
d. Update the database.

In the event DHS is unable to verify and DEU sends the petitioner to CAFU to adjudicate:

a. The Lead Worker will assign the petitioner to the adjudicator listed in the database.
b. Adjudicator will begin the adjudication process

These steps are *only* required during ELECTION MODE.  These steps are not applicable to NON-Election Mode instructions.

DEF-DMV272261