# EXHIBIT 155

1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ONE WISCONSIN INSTITUTE, INC., et al.,

         Plaintiffs,

  -vs-                                      Case No. 15-CV-324

GERALD C. NICHOL, et al.,

         Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *


CONFIDENTIAL

DEPOSITION OF SUSAN SCHILZ

Monday, April 11, 2016

8:05 a.m.


Reported by:  Lisa A. Creeron, RPR







MADISON FREELANCE REPORTERS, LLC

```
 1           DEPOSITION OF SUSAN SCHILZ, a witness in the
 2    above-entitled action, taken at the instance of the
 3    plaintiffs, under the provisions of the Federal Rules of
 4    Civil Procedure, taken pursuant to notice, before
 5    LISA A. CREERON, a Registered Professional Reporter and
 6    Notary Public in and for the State of Wisconsin, at the
 7    Wisconsin Department of Justice, 17 West Main Street, in
 8    the City of Madison, County of Dane, and State of
 9    Wisconsin, on the 11th day of April, 2016, commencing at
10    8:05 a.m.
11
12                      A P P E A R A N C E S
13           CHARLES G. CURTIS, JR.,
                 PERKINS COIE, LLP,
14               Attorneys at Law,
                 One East Main Street, Suite 201,
15               Madison, Wisconsin 53703, appearing on
                 behalf of the plaintiffs;
16
             S. MICHAEL MURPHY,
17               Assistant Attorney General,
                 WISCONSIN DEPARTMENT OF JUSTICE,
18               17 West Main Street,
                 Madison, Wisconsin 53703, appearing on
19               behalf of the defendants.
20                          *  *  *  *  *
21
22
23
24
25
```

1  Q   I'll rephrase.  What makes it so difficult?
2  A   They can't find the records or they don't get back to
3      us or they want the customer to come in person.  That
4      makes it difficult for the petition customer.  So I
5      guess that's my experience with Cook County.  They're
6      not all that helpful.
7  Q   Do you agree with Mr. Miller's assumption that most,
8      if not all, of these people are not trying to commit
9      fraud?
10 A   I do agree with that.  When we first started this
11     project, we -- I think the compliance, audit and
12     fraud unit was involved because it's our business to
13     find fraud, and we thought we might have people
14     posing as someone else.  And I can tell you we've not
15     had any, which is really nice, you know.
16 Q   Yeah.
17 A   It's just something that we didn't anticipate.
18 Q   And how many people roughly total have you worked
19     with?
20 A   Probably about 350.  I believe we've adjudicated
21     around 210 of all of the petitions filed.  Some of
22     them don't get to us because they match at DHS.
23 Q   Tell me -- you raise a couple of interesting issues.
24     You said that you've worked with about 350
25     petitioners?

1    A    Yes.
2    Q    And of those 350, about 210 have been adjudicated?
3    A    Yes.
4    Q    To a lawyer, adjudicated sounds like a court
5         proceeding or something.  What does adjudicated mean
6         in CAFU?
7    A    The process was named in this petition project
8         because we were confirming or adjudicating the truth
9         from the petitioner and from an outside source that
10        had a vital record for them.  For us, it means
11        digging through the information that's provided to
12        us, asking different questions of the petition
13        customer to get to the birth record or get to
14        something that will match.  So that's what I would
15        describe it as.
16   Q    And so of the 350 approximately petitions you've been
17        involved with, you don't recall any that involved
18        what seem like fraud?
19   A    No.  We had one that we thought might be.  A woman
20        that thought she was an American -- a U.S. citizen,
21        she thought the papers had been filed for her and it
22        turned out they were not and so there wasn't a lot we
23        could do about her.
24   Q    Sure.
25   A    And I spoke with her directly and I felt that she

|   |   |   |
|---|---|---|
| 1 |   | believed that her husband had helped her do that and |
| 2 |   | he had not.  So I don't consider -- at first it sort |
| 3 |   | of looked like fraud.  I didn't consider it fraud in |
| 4 |   | the end.  And that is the only one. |
| 5 | Q | Putting her case aside, and I remember the file |
| 6 |   | you're talking about, putting that one aside, have |
| 7 |   | you worked with any petitioners who you thought might |
| 8 |   | not be U.S. citizens? |
| 9 | A | No.  Not that I can remember, no. |
| 10 | Q | Okay.  Have you worked with any petitioners who you |
| 11 |   | suspected might want to commit voter fraud? |
| 12 | A | No. |
| 13 | Q | So when CAFU sends a denial letter to someone like |
| 14 |   | you've described, how do you feel about that? |
| 15 |   | MR. MURPHY:  Object to form.  You can |
| 16 |   | answer to the extent you're able. |
| 17 | A | Honestly we feel like we have failed when we have to |
| 18 |   | send the denial.  We're investigators to the core and |
| 19 |   | we want to use those skills for good and if we get to |
| 20 |   | the point where we have to deny, it means that we |
| 21 |   | haven't been able to get to the truth.  And frankly, |
| 22 |   | it's been difficult on the team because they always |
| 23 |   | want to give them the voter ID, you know.  They want |
| 24 |   | to finish it in a positive way.  And the denial |
| 25 |   | letters are not something we really like to see.  You |

```
1              know, there's a part of us that wished we could have
2              done more.
3         Q    Do investigators ever recommend issuing an ID and
4              then that recommendation is rejected?
5         A    Yes.
6         Q    When was the last time that happened to your
7              knowledge?
8         A    I can't remember the date, but the investigators when
9              we're compiling information feel like they have
10             enough and when it's reviewed by senior managers,
11             they may think it isn't quite enough and it may be
12             sent back to us.  It doesn't mean a denial goes out.
13             It might mean that, you know, we just have to try
14             harder to hit all of the standards.
15        Q    Who are the senior managers you refer to?
16        A    In this process, the senior managers that are
17             involved are Jim Miller.  He's the bureau director
18             for field services.  He is the one that we would send
19             petitions to for denial or approval.  And he reviews
20             them.  And then Ann Perry is the bureau director for
21             driver services, and she is the one -- she gets
22             involved in the denials only, and that is to sign the
23             letter.  So both of them review all of the denial
24             cases, but Jim reviews cases that are brought forward
25             for issuance for extraordinary proof.
```

```
STATE OF WISCONSIN   )
                     )   ss.
COUNTY OF DANE       )
```

I, LISA A. CREERON, a Registered Professional Reporter and Notary Public in and for the State of Wisconsin, do hereby certify that the foregoing is a true record of the deposition of SUSAN SCHILZ, who was first duly sworn by me; having been taken on the 11th day of April, 2016, at the Wisconsin Department of Justice, 17 West Main Street, in the City of Madison, County of Dane, and State of Wisconsin, in my presence, and reduced to writing in accordance with my stenographic notes made at said time and place.

I further certify that I am not a relative or employee or attorney or counsel for any of the parties, or a relative or employee of such attorney or counsel, or financially interested in said action.

In witness whereof, I have hereunto set my hand and affixed my seal of office this 18th day of April, 2016.

_____
Notary Public, State of Wisconsin
My Commission Expires: 1/29/17