IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ONE WISCONSIN INSTITUTE, INC.,
et al.,

      Plaintiffs,

  v.                                  Case No. 15-CV-324

MARK L. THOMSEN, et al.,

      Defendants.

JUSTIN LUFT, et al.,

      Plaintiffs,

  v.                                  Case No. 20-CV-768

TONY EVERS, et al.,

      Defendants.

**DECLARATION OF MEGAN WOLFE
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT ON REMAND FROM THE SEVENTH CIRCUIT COURT
OF APPEALS**

I, Megan Wolfe, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am the Administrator of the Wisconsin Elections Commission (WELEC). Among other duties, I oversee election related public education and outreach. I began my career at WELEC in 2011 as a voter outreach specialist and I have personal experience in conducting voter outreach.

2. In 2016, WELEC conducted IDPP-related outreach, as described in prior filings in this case. WELEC has integrated many of the 2016 practices into its standard election outreach but has also made changes based upon its experiences over the past 4 years.

3. Since 2016, IDPP-related outreach has been integrated into all election outreach in the context of public information about the photo ID requirement. WELEC emphasizes to the public, through several channels, that voters can get a free ID if they do not have one, and even if they do not have specific documents such as a birth certificate.

4. Election-related publicity and outreach is an ongoing process but WELEC is undertaking an election-specific outreach campaign for the November 2020 election. An overview of the plan is contained in the "How Wisconsin is Prepared for the November 3 Election" document, a true and correct copy of which is attached hereto as **Exhibit A.**

5. The voter outreach plan holistically incorporates voter ID and IDPP-related information but some specific IDPP components are summarized in the schedule attached hereto as **Exhibit B.**

6. The outreach is multi-pronged and includes websites; coordination with advocacy groups; coordination with other state agencies; direct mailings; a media strategy including using an advertising firm, press releases and press conferences; outreach training for local election officials;  and a phone bank to

answer question from voters, including those who may not have internet access.

7. Websites are a prominent information source for people with questions about elections and voting. WELEC maintains three websites which serve as a public repository of election information as well as a resource for people with election related questions. Each of the websites includes information about getting a free ID for voting on its front page.

8. WELEC's main organizational website is https://elections.wi.gov/. That website includes the following information on its front page, which includes links to additional information:

### Free State ID Cards for People without Birth Certificates



The Wisconsin Division of Motor Vehicles will help people get a free state ID card or document that can be used for voting after just one visit to the DMV, even if they don't have a birth certificate or other documentation. Get the ID Petition Process brochure in English and Spanish.

9. Another website, MyVote https://myvote.wi.gov/en-us/ is primarily a functional website that allows people to, among other things, find their polling place, see if they are registered to vote and register if needed. That website includes front-page information about the ID requirement and links to information about how to get an ID, including the ID petition process.

10. The Bring it to the Ballot website https://bringit.wi.gov/ is devoted entirely to photo ID requirements and includes multiple prominent front page

3

link to information about the IDPP, including videos and text explaining that voters can get an ID from the DMV without a birth certificate.

11. I recently became aware that a few sub-pages of the MyVote and Bring it to the Ballot websites were inadvertently not updated to reflect the 60-day term of IDPP ID documents. That issue has been corrected and I am not aware of any occasion that an individual was unable, or would be unable, to vote due to the untimely update of this information on these websites.

12. Most of our direct outreach is coordinated through our Elections Commission Accessibility Advisory Committee. When we need assistance sharing information, we create materials and then provide those materials to the members of the committee. They, in turn, share these materials with their contact lists and constituents. They also post materials to their websites and share our information through their social media channels. At the same time, WELEC will also distribute updates through its own social media channels.

13. Members of the Elections Commission Accessibility Advisory Committee include:

    a. Disability Rights Wisconsin

    b. Wisconsin Board for People with Developmental Disabilities

    c. Access to Independence

    d. Wisconsin Coalition of Independent Living Centers

    e. Coalition of Wisconsin Aging Groups

    f.  City of Madison, Civil Rights Division

    g.  National Alliance for the Mentally Ill

    h.  People First Wisconsin

    i.  Wisconsin Council of the Blind and Visually Impaired

    j.  Greater Wisconsin Agency on Aging Resources

    k.  Wisconsin Association of the Deaf

    l.  National Federation of the Blind

14.    We also maintain contact with several voter advocacy groups, including but not limited to the NAACP Milwaukee Branch, the Milwaukee Urban League and Jack & Jill of America, Inc. Milwaukee Chapter. and offer press invitations to several organizations including Vote Riders and the League of Women Voters.

15.    We provide support training and resources for these advocacy groups who can target their constituent voters, including those who are likely not be connected to social media or the internet. WELEC is not able to conduct our own on-the-ground outreach to such people as well as those groups because of our staff and budget constraints. However, we have confidence in those groups and are grateful for the important role they provide in information outreach.

16.    In the past, WELEC printed palm cards, handouts, and other paper resources to give to advocacy groups or clerks. We found that no one

5

wanted those paper documents, and we still have boxes of paper documents from 2016 that we were unable to give away. Because the last printed documents went unused, we are not planning to produce additional printed documents.

17. We coordinate outreach through other state agencies. For example, earlier this year DHS sent information on voting for nursing home residents that contained photo ID-related information. That distribution went to all nursing homes and assisted living providers in the state, in addition to other entities that provide residential treatment services, as well as advocacy organizations working with these populations. In total, it went to about 15,000 email addresses.

18. We additionally coordinate with DOT about media strategies, and for accurate publicization of processes near an election, for example regarding overnight mailing of receipts near elections and the provisional ballot process.

19. Additionally, on September 1, WELEC sent a mailing to approximately 2.6 million Wisconsin voters who do not have an absentee ballot on file. A true and correct copy of the mailing is attached hereto as **Exhibit C.** That mailing included a reminder that most people need an ID to vote, directed people to the bringit.wi.gov website to "learn how to get a photo ID for free, if you don't have one" and included a phone number to call for more information.

20. I have been, and will continue to, conduct news conferences between now and the election. I will include information about getting a free ID for voting by bringing whatever documents a person has to the DMV. I generally do not reference the "ID Petition Process" by name, because the phrase itself is not a particularly useful way to communicate the process to people who need it. Instead, I focus on encouraging anyone without an ID to gather what documents they have and go to the DMV. I discussed the process in my recent September 3 media conference, which was well attended.

21. WELEC has also hired an advertising agency to assist with outreach. The agency, KW2-Madison, has significant experience developing media campaigns for state government.

22. KW2-Madison studied how voting information can be most effectively transmitted to voters. It found, among other things, that information is more effective when it comes from local municipalities than from statewide sources. For that reason, giving information and resources to local election officials is an important part of election outreach. WELEC makes all of its IDPP-related media available to municipalities, including palm cards, posters, and video and audio commercials.

23. In addition to clerk, media, and group resources, WELEC is taking measures to be available for individual voters, including those who may not

have access to internet resources. The September 1 mailing reached every registered voter who does not have an absentee ballot request already on file.

24. Additionally, WELEC staff, with the assistance of a phone bank, has set up a hotline (1-866-VOTEWIS) for election related questions. Information about how to get a free ID for voting is among the information that will be available by calling the hotline.

25. IDPP is a critical part of the Wisconsin election system but is one of many parts that require public awareness. WELEC is a public agency with limited funding and resources. I believe that the current IDPP-related outreach is the best use of available resources, and the best balance of the various elements of critical information that needs to be publicized before an election.

26. In 2020, WELEC will spend approximately $600,000 on voter outreach using federal funds that can only be spent on authorized outreach. WELEC does not received any additional state appropriations or federal grants for photo ID specific outreach to voters.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __10__ day of September, 2020.

_____
MEAGAN WOLFE