| Date | Relevant Event/Deadlines/Topic | Media Avail/ New Conference | News Release | Social Media | Clerk Outreach Tool/ Other |
|---|---|---|---|---|---|
| **September 1** **Kickoff** | WEC meeting on September 1 which includes staff report on plans for November | News Conference the day the plan goes public- Aug 26 | News release summarizing the report and emphasizing our planning efforts Aug 26 | Social media posts about each of our readiness items. | Media release template for clerks on their prep plans. Social media post for clerks about their prep plans |
| | Day that 2.6 mil voter information mailings go out. | Media availability after the meeting | News release on August 31 | Social media posts about mailer, what it looks like, etc. | Media release template for clerks about the mailer (post by the 26th) Social media posts for clerks |
| | National Poll Worker Recruitment Day | Media availability after the meeting | News Release on August 31 | Social media on poll worker recruitment | Media release template about poll worker recruitment (framed as part of holiday) Social media posts for clerks |

DEF-WEC000130

Wolfe Decl. Ex. B 101

| | | | | | |
|---|---|---|---|---|---|
| **September 9**<br><br>**Q&A About absentee ballot mailing** | Voter information mailings will be arriving.<br><br>Media briefing about reaction we're getting from voters – are they making requests online or by mail?  Gearing up for data entry.<br><br>How to request an absentee?  MyVote<br><br>How ballot order is selected.  Ballots are being printed | Media availability | News Release on Topics | Social media posts on each | Media release template and social media posts for clerks on each topic |
| **September 14**<br><br>**Absentees are Mailed** | Mailers are out<br><br>How to Request a Ballot<br><br>How to Find out if you already made a request?<br><br>How to track your request | Media availability to talk about what we're doing with IMBs to help clerks and voters track the ballots | News release that voters who have requested absentee ballot should start watching their mail for them the following week. | Social media posts on how to request a ballot and how to track your ballot, how to see if you have a request on file | Clerk media release template and social media posts on how to see if you have already made a request, how to made a request, and how to track your request |
| **September 22 –**<br><br>**Absentee ballots arrive – what to do?** | How to find a witness and properly fill out an absentee ballot.<br><br>Where is my ballot?<br><br>How we secure absentee voting | News release | Media Availability | Social media posts | Clerk media release template and social media posts on how to find a witness, fill out and absentee and get back (where to return) |

DEF-WEC000131

Wolfe Decl. Ex. B 102

| | | | | | |
|---|---|---|---|---|---|
| **September 29 –**<br><br>**Online voter registration – last push before closed period starts October 15** | News release and media availability urging voters who need to register or reregister to do it online now before the close. | | | | |
| **October 6 –**<br><br>**One month to Election Day – Are you ready?** | News release and media availability emphasizing voters should have a plan for voting.<br><br>Photo ID Requirement – Get one free at DMV, IDPP<br><br>In-person on election day<br><br>In-person starting Oct 20<br><br>By-mail now. Don't wait. Emphasize that if voters want to vote absentee by mail, they need to be making moves now. | | | | |
| **October 13**<br><br>**In-person absentee voting** | News release and media availability about the new starting date for IPAV on October 20.<br><br>Return ballots now. Must be back by Election Day | | | | |
| **October 27 –**<br><br>**Election Security and Misinformation** | News release and media briefing about everything we do to secure elections. | | | | |

DEF-WEC000132

Wolfe Decl. Ex. B 103

|  | How counting happens, why it takes time to certify |  |  |  |  |
|---|---|---|---|---|---|
| **October 29** | Last day to request an absentee<br><br>Get back in ways other than mail<br><br>If you still have a ballot<br><br>Top 10 things to know? |  |  |  |  |
| November 2 | What will election day be like?<br><br>Where to return ballots<br><br>Can you cancel ballot? |  |  |  |  |
| November 3 | It's election day!<br><br>Update<br><br>How the count happens |  |  |  |  |
| November 4 | Counting, post election update |  |  |  |  |

DEF-WEC000133

Wolfe Decl. Ex. B 104