IMPORTANT VOTER INFORMATION ENCLOSED

Wisconsin Elections Commission
P.O. Box 7984
Madison, WI 53707-7984





---

## You Have Three Ways to Vote in the Election on **November 3, 2020**



OPTION 1
### Voting at the polls
You can cast your ballot at your polling place on Election Day, November 3, 2020. Polls are open from 7 a.m. to 8 p.m. To find your polling place, visit myvote.wi.gov or call 1-866-868-3947.



OPTION 2
### In-person voting by absentee ballot
You can cast an absentee ballot in person before Election Day. Contact your municipal clerk's office to learn more about your community's in-person absentee voting options, locations, and hours of operation. To find your clerk, visit myvote.wi.gov or call the Wisconsin Elections Commission.



OPTION 3
### Voting absentee ballot by mail
You can request an absentee ballot at myvote.wi.gov. You can also make your request by mail, using the included request form and postage-paid envelope. To learn more, turn to the next page. **Your request must be received by the Wisconsin Elections Commission or your municipal clerk no later than 5 p.m. on October 29, 2020.**

To learn more about public health and elections, visit our website, https://elections.wi.gov/covid-19

**MAKE SURE YOUR VOTER REGISTRATION IS UP TO DATE**

You must be registered to vote, and your name and address must be current, before you can vote in person or request an absentee ballot. The name and address on this mailer may be your current voter registration information. If you need to check your registration or update your registration you can visit myvote.wi.gov. You can also register to vote by mail, in person at your municipal clerk's office, or at your polling place on Election Day. Every option has its own deadline. Visit myvote.wi.gov or call 1-866-868-3947 to learn more.

**NEED ASSISTANCE? WE'RE HERE TO HELP.**

Visit myvote.wi.gov or call 1-866-868-3947 (TTY 1-800-947-3529) for assistance.

Para obtener información en Español, llama 1-866-868-3947 o visita myvote.wi.gov/es-es/

*(continued on other side)* ➞

---



Wisconsin Elections Commission                This is an Official Mailing from the State of Wisconsin

DEF-WEC000138

Wolfe Decl. Ex. C 101

## Requesting an Absentee Ballot

Visit **myvote.wi.gov** to request your absentee ballot online. It's easy, especially when you use a mobile device.

**STEP 1**
Visit
MyVote.wi.gov



**STEP 2**
Click
Vote Absentee



**STEP 3**
Enter your name
and date of birth



**STEP 4**
Upload a picture or file of
your acceptable photo ID



### No internet? No problem.

Don't have easy access to the internet? Use the enclosed absentee ballot request form and postage-paid envelope to make your request.

**Here are the three things you have to do:**

✔ Fill out the enclosed request form.

✔ Get a photocopy of your acceptable photo ID.

✔ Mail your completed form and the photocopy of your photo ID in the enclosed envelope as soon as possible. It must arrive by October 29.

### Don't wait. Request your absentee ballot today.

**Your request must be received by October 29.** It takes time to receive an absentee ballot, and once you receive your ballot you will need to arrange for a witness to observe and to sign your ballot return envelope. **All absentee ballots must be received by your municipal clerk no later than 8 p.m. on Election Day, November 3, 2020.**

---

### YOU NEED A PHOTO ID TO VOTE

No matter how you cast your vote, most voters will need to show an acceptable photo ID, like a Wisconsin driver license or state ID card, US passport, or Veterans ID card. Your photo ID does not need your current address. Visit **bringit. wi.gov** to see a complete list of acceptable photo IDs and learn how to get a photo ID for free, if you don't have one.

★ **At the polls or clerk's office**
Just show your photo ID to receive your ballot.

★ **Requesting an absentee ballot online**
Upload a picture of your photo ID. It's easy when you use a mobile device.

★ **Requesting an absentee ballot by mail**
Include a picture or photocopy of your photo ID with your application.

---

### ARE YOU INDEFINITELY CONFINED?

If you are indefinitely confined due to age, illness, infirmity, or disability, you may certify your status by checking "indefinitely confined" on the enclosed application. Wisconsin law exempts indefinitely confined voters from the requirement to provide a photo ID when requesting an absentee ballot by mail.

---



Wisconsin Elections Commission          This is an Official Mailing from the State of Wisconsin

DEF-WEC000139

Wolfe Decl. Ex. C 102