**DEU Error Report: from 3-30-2020 to 4-4-2020**

No errors to report.

DEF-DMV203252

Boardman Decl. Ex. A 101

**BFS Error Report: from 3-30-2020 to 4-4-2020**

No errors to report.

DEF-DMV054623

Boardman Decl. Ex. A 102

**BFS Error Report: from 4-6-2020 to 4-10-2020**

No errors to report.

DEF-DMV054674

Boardman Decl. Ex. A 103

**DEU Error Report: from 4-6-2020 to 4-10-2020**

No errors to report.

DEF-DMV203268

Boardman Decl. Ex. A 104