K. Boardman
Declaration
Ex. B

(under seal)