K. Boardman
Declaration
Ex. C

(under seal)