# K. Boardman Declaration Ex. D

# (under seal)