# K. Boardman Declaration Ex. E

(under seal)