# K. Boardman Declaration Ex. F

(under seal)