K. Boardman
Declaration
Ex. G

(under seal)