K. Boardman Declaration Ex. H

(under seal)