K. Boardman Declaration Ex. I

(under seal)