# K. Boardman Declaration Ex. J

(under seal)