# K. Boardman Declaration Ex. K

(under seal)