K. Boardman Declaration Ex. L

(under seal)