K. Boardman Declaration Ex. M

(under seal)