# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

ONE WISCONSIN INSTITUTE, INC., *et al.*,

    Plaintiffs,

v.

MARK L. THOMSEN, *et al.*,

    Defendants; and

THE WISCONSIN LEGISLATURE,

    Proposed Intervenor-Defendant.

Case No. 3:15-cv-00324-JDP

---

JUSTIN LUFT, *et al.*,

    Plaintiffs,

v.

TONY EVERS, Governor of Wisconsin, *et al.*,

    Defendants; and

THE WISCONSIN LEGISLATURE,

    Proposed Intervenor-Defendant.

Case No. 3:20-cv-00768-JDP

---

## THE WISCONSIN LEGISLATURE'S MOTION TO INTERVENE AS DEFENDANT

Under Rule 24 of the Federal Rules of Civil Procedure, the Joint Committee on Legislative Organization, on behalf of the Wisconsin Legislature, hereby moves to intervene both as of right and permissively in this action as a defendant. The grounds for this motion are stated more fully in the Legislature's supporting memorandum,

filed concurrently with this Motion. In light of this Court's September 22, 2020 briefing deadline and its September 25, 2020 hearing date, the Legislature respectfully requests an **expedited ruling as soon as practicable.**

The Legislature has also concurrently filed proposed answers in intervention in both above-captioned cases, pursuant to Rule 24(c) of the Federal Rules of Civil Procedure.

Dated this 21st day of September, 2020.

Respectfully submitted,

/s/ *Scott A. Keller*
Scott A. Keller
 *Counsel of Record*
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
(202) 639-7837
(202) 585-1023 (fax)
scott.keller@bakerbotts.com

Eric M. McLeod (State Bar No. 1021730)
Lane E. Ruhland (State Bar No. 1092930)
HUSCH BLACKWELL LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 255-4440
(608) 258-7138 (fax)
eric.mcleod@huschblackwell.com
lane.ruhland@huschblackwell.com

*Attorneys for the Proposed Intervenor Wisconsin Legislature*