# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

ONE WISCONSIN INSTITUTE, INC., *et al.*,

      Plaintiffs,

v.

MARK L. THOMSEN, *et al.*,

      Defendants.

Case No. 3:15-cv-00324-JDP

---

JUSTIN LUFT, *et al.*,

      Plaintiffs,

v.

TONY EVERS, Governor of Wisconsin, *et al.*,

      Defendants.

Case No. 3:20-cv-00768-JDP

---

## THE WISCONSIN LEGISLATURE'S MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to this Court's August 20, 2020 order granting the Legislature permission to "proceed as amicus curiae on any dispositive motions," Dkt. No. 362 at 7, the Joint Committee on Legislative Organization, on behalf of the Wisconsin Legislature, hereby moves for leave to file the accompanying Brief of the Wisconsin Legislature as Amicus Curiae Supporting Defendants' Motion for Summary Judgment and Opposing Plaintiffs' Motions for Preliminary Injunctions.

Dated this 22nd day of September, 2020.

                        Respectfully submitted,

/s/ *Scott A. Keller*
Scott A. Keller
  *Counsel of Record*
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
(202) 639-7837
(202) 585-1023 (fax)
scott.keller@bakerbotts.com

Eric M. McLeod (State Bar No. 1021730)
Lane E. Ruhland (State Bar No. 1092930)
HUSCH BLACKWELL LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 255-4440
(608) 258-7138 (fax)
eric.mcleod@huschblackwell.com
lane.ruhland@huschblackwell.com

*Attorneys for the Wisconsin Legislature*