IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC.,
et al.,

            Plaintiffs,

    v.

MARK L. THOMSEN, et al.,

            Defendants.

15-cv-324-jdp

---

JUSTIN LUFT, et al.,

            Plaintiffs,

    v.

TONY EVERS, et al.,

            Defendants.

20-cv-768-jdp

---

## *LUFT* PLAINTIFFS' LIST OF ORGANIZATIONS PURSUANT TO COURT'S SEPTEMBER 28, 2020 ORDER

Pursuant to the Court's September 28, 2020 order (Dkt. 425), *Luft* Plaintiffs submit the following list of homeless service organizations and contact information to which Defendants should send their digital voter outreach toolkit. *Luft* Plaintiffs also respectfully request that Defendants make clear in the transmission that the toolkit includes information showing that voters can get ID for free at the DMV even if they lack documents like a birth certificate, and also share the ID/IDPP webinar link Defendants mentioned at the September 25, 2020 hearing.

1. Madison & Dane Co. Continuum of Care, Coordinator, Torrie Kopp Mueller, TKoppMueller@cityofmadison.com
2. Wisconsin Balance of State Continuum of Care, Director, Carrie Poser, carrie.poser@wibos.org
3. Milwaukee Continuum of Care, CoC Specialist, Claire Shanahan, cshana@milwaukee.gov
4. Community Advocates, Senior Policy Advocate, Julie Kerksick, JKerksick@communityadvocates.net
5. Hope House Milwaukee, Executive Director, Wendy Weckler, wendyw@hopehousemke.org
6. The Gathering, Executive Director, Lyn Hildenbrand, lyn@thegatheringwis.org
7. Disability Rights Wisconsin, Director of External Advocacy SE Wisconsin, Barbara Beckert, Barbara.Beckert@drwi.org
8. WISDOM, Executive Director, David Liners, david.liners1@gmail.com
9. Madison Area Care for the Homeless OneHealth, Executive Director Brenda Konkel, brendakonkel@gmail.com
10. City of Madison, Contact for Homeless Services Consortium outreach providers, Sarah Lim, slim@cityofmadison.com

Dated: September 30, 2020

Respectfully submitted,

/s/ *Anna Do*

| | |
|---|---|
| Anna Do* | Dale E. Ho* |
| Dechert LLP | Tiffany Alora Thomas* |
| US Bank Tower | American Civil Liberties Union Foundation |

633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Phone: (213)-808-5760
Fax: (213)-808-5760
anna.do@dechert.com

Neil A. Steiner*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212)-698-3500
Fax: (212)-698-3599
neil.steiner@dechert.com

Angela M. Liu*
Dechert LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Phone: (312)-646-5800
Fax: (312)-646-5858
angela.liu@dechert.com

Selby Brown*
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Phone: (215)-994-4000
Fax: (215)-994-2222
selby.brown@dechert.com

Tristia Bauman*
National Law Center for Homelessness & Poverty
2000 M Street NW, Suite 210
Washington, D.C. 20036
Phone : (202)-638-2535

125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212)-549-2648
dho@aclu.org
athomas@alcu.org

Ceridwen B. Cherry*
American Civil Liberties Union Foundation
915 15th Street N.W., 6th Floor
Washington, D.C. 20005
Phone: (202)-675-2326
Fax: (202)-546-0738
ccherry@aclu.org

Karyn L. Rotker
ACLU of Wisconsin Foundation, Inc.
207 East Buffalo Street, Suite 325
Milwaukee, WI 53202
Phone: (414)-272-4032 x12
Fax: (414)-272-0182
krotker@aclu-wi.org

Tharuni A. Jayaraman*
Dechert LLP
1900 K Street NW
Washington, D.C. 20006
Phone: (202)-261-3330
Fax: (202)-261-3333
tharuni.jayaraman@dechert.com



*Attorneys for Luft Plaintiffs*

*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September 2020, I filed the foregoing document using the Court's CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Anna Do*
Anna Do