IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ONE WISCONSIN INSTITUTE, INC., *et al.*,

    Plaintiffs,

    v.                                                    Case No. 15-CV-324-JDP

ANN S. JACOBS, Chair, Wisconsin
Elections Commission, *et al.*,

    Defendants.

JUSTIN LUFT, *et al.*,

    Plaintiffs,

    v.                                                    Case No. 20-cv-768-JDP

TONY EVERS, *et al.*,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiffs, through counsel, hereby give notice that Joseph Wenzinger is no longer employed at Perkins Coie LLP and therefore has withdrawn as counsel for Plaintiffs in this matter. Attorneys Elias, Spiva, Frost, Curtis, Callais and Wilson shall continue to represent Plaintiffs as counsel of record in this matter.

Dated this 14th day of July, 2021.  Respectfully submitted,

**PERKINS COIE LLP**

By  *s/ Bruce V. Spiva*
Marc E. Elias
MElias@perkinscoie.com
Bruce V. Spiva
BSpiva@perkinscoie.com
Elisabeth C. Frost
EFrost@perkinscoie.com
Amanda R. Callais
ACallais@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

Charles G. Curtis, Jr.
CCurtis@perkinscoie.com
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-5411
Facsimile: (608) 663-7499

Bobbie J. Wilson
BWilson@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Plaintiffs*