## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC., *et al.*,

        Plaintiffs,

    v.

ANN S. JACOBS, Chair, Wisconsin Elections
Commission, *et al.,*

        Defendants.

Case No. 15-CV-324-JDP

---

ALICE WEDDLE, *et al.*,

        Plaintiffs,

    v.

TONY EVERS, et al.,

        Defendants.

Case No. 20-cv-768-JDP

---

## NOTICE OF WITHDRAWAL

---

PLEASE TAKE NOTICE that I, Anna Do, am hereby withdrawing my appearance as counsel for Plaintiffs in *Weddle, et al. v. Evers, et. al.*, No. 20-cv-768-JDP, as I will no longer be associated with the firm Dechert LLP after July 15, 2022.  Other attorneys from Dechert LLP, the American Civil Liberties Union Foundation, the ACLU of Wisconsin Foundation, Inc., and The National Law Center for Homelessness & Poverty will continue to represent Plaintiffs as counsel of record in this matter.

Dated this 15th day of July 2022         Respectfully submitted,

**DECHERT LLP**

*/s/ Anna Do*
Anna Do
anna.do@dechert.com
633 W. 5th Street
Suite 4900
Los Angeles, CA  90071
Phone:  (213) 808-5700
Fax:  (213) 808-5760
*Counsel for Weddle Plaintiffs*