# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ONE WISCONSIN INSTITUTE, INC., et al.,,<br><br>Plaintiffs,<br><br>v.<br><br>ANN S. JACOBS, Chair, Wisconsin Elections Commission, et al.,<br><br>Defendants. | Case No. 15-CV-324-JDP |
| ALICE WEDDLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TONY EVERS, et al.,<br><br>Defendants. | Case No. 20-CV-768-JDP |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, Juan Fonseca Angel, am hereby withdrawing my appearance as counsel for Plaintiffs in *One Wisconsin Institute, Inc., et al. v. Jacobs, et. al*, as I will no longer be associated with the firm Perkins Coie LLP after July 22, 2022. Other attorneys from Perkins Coie LLP will continue to represent Plaintiffs as counsel of record in this matter.

-2-

DATED: July 22, 2022

                                                   *s/ Juan Jose Fonseca Angel*
                                                   Juan Jose Fonseca Angel, Bar No. 1116111
                                                   JFonsecaAngel@perkinscoie.com
                                                   PERKINS COIE LLP
                                                   33 E Main St, Ste 201
                                                   Madison, Wisconsin 53703-3095
                                                   Telephone: +1.608.663.7460
                                                   Facsimile: +1.608.663.7499