IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ONE WISCONSIN INSTITUTE, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 15-CV-324-JDP |
| ANN S. JACOBS, Chair, Wisconsin Elections Commission, *et al.*, | |
| Defendants. | |
| ALICE WEDDLE, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 20-cv-768-JDP |
| TONY EVERS, et al., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, Tiffany Alora Thomas, am hereby withdrawing my appearance as counsel for Plaintiffs in *Weddle, et al. v. Evers, et. al.*, No. 20-cv-768-JDP, as I will cease to be associated with the American Civil Liberties Union Foundation, Inc., after September 2, 2022. Other attorneys from Dechert LLP, the American Civil Liberties Union Foundation, the ACLU of Wisconsin Foundation, Inc., and The National Law Center for Homelessness & Poverty will continue to represent Plaintiffs as counsel of record in this matter.

| | |
|---|---|
| Dated this 23rd day of August 2022 | Respectfully submitted, |

                                              **AMERICAN CIVIL LIBERTIES UNION**

                                              */s/ Tiffany Alora Thomas*
                                              Tiffany Alora Thomas
                                              athomas@aclu.org
                                              AMERICAN CIVIL LIBERTIES
                                              UNION FOUNDATION, INC.
                                              125 Broad Street, 18th Floor
                                              New York, NY 10009
                                              Phone: (212) 519-7866
                                              *Counsel for Weddle Plaintiffs*